IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-CR-13-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| THOMAS L. CUMMINGS, | ) | |
| | ) | |
| Defendant. | ) | |

On July 28, 2014, defendant filed a pro se motion for a copy of his sentencing transcript [D.E. 55]. "An indigent is not entitled to a transcript at government expense without a showing of need, merely to comb the record in the hope of discovering some flaw." United States v. Shoaf, 341 F.2d 832, 833-34 (4th Cir. 1964) (quotation omitted). Defendant has failed to show a particularized need for the transcript. The motion is DENIED.

SO ORDERED. This 19 day of November 2014.

JAMES C. DEVER III
Chief United States District Judge